IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AML IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AIRBNB, INC.,<br><br>    Defendant. | Civil Action No. 6:22-cv-01262-ADA |

## NOTICE OF AGREED EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Defendant Airbnb, Inc. files this Notice of Agreed Extension of Time for Defendant to Respond to the Complaint (Dkt. No. 1). Defendant's counsel contacted Plaintiff's counsel and requested a 30-day extension to respond to the Complaint, which is currently due January 3, 2023. Plaintiff agreed to the requested extension and Defendant's response deadline is extended to February 2, 2023. This extension does not change the date for any hearing, any final submission to the Court related to a hearing, or trial. As such, pursuant to the Court's March 7, 2022 "Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines," Defendant files this Notice regarding the agreed upon extension.

Dated: December 22, 2022

Respectfully submitted,

TURNER BOYD LLP

/s/ Karen I. Boyd
Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 9063
Telephone: (650) 521-5930

*Attorneys for Defendant Airnbnb, Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 22nd day of December 2022, the above document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Karen I. Boyd*