# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AML IP, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>AIRBNB, INC.,<br><br>    *Defendant*. | Case No. 6:22-cv-01262-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Defendant Airbnb, Inc. in this matter as counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: February 7, 2023                     Respectfully submitted,

    By: */s/ Melissa R. Smith*
    Melissa R. Smith
    State Bar No. 24001351
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Tel: (903) 934-8450
    Fax: (903) 934-9257
    melissa@gillamsmithlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 7, 2023.

>*/s/ Melissa R. Smith*
>Melissa R. Smith