# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| AML IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 6:22-cv-01262-ADA |
| v. | ) | |
| | ) | |
| AIRBNB, INC., | ) | JURY TRIAL DEMANDED |
|     Defendant. | ) | |

## UNOPPOSED NOTICE FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

AML IP, LLC files this Notice for Extension of Time for Defendant, AirBnB, Inc. to Answer Plaintiff's First Amended Complaint. Defendant has contacted Plaintiff's counsel and requested a 30-day extension to answer or respond as the parties are working on a resolution to this case. Plaintiff files this notice unopposed and agreed to allow the extension of time to answer complaint or respond including April 8, 2023.

Respectfully submitted,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for AML IP, LLC***

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules, I certify that the parties have conferred by e-mail and are in agreement as to the extension.

*/s/ William P. Ramey, III*
William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of March 8, 2023, with a copy of the foregoing via email and ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III